IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DONALD WAYNE HARGRAVE JR., <br> Plaintiff, <br> v. <br> MR. NEIBURH, <br> Defendant. | **MEMORANDUM DECISION & ORDER** <br><br> Case No. 2:16-CV-1063 DN <br> District Judge David Nuffer |

The Court has directed the United States Marshals Service to serve process in this case. *See* Fed. R. Civ. P. 4(c)(2). To do so, by statute, the United States Marshal "shall command all necessary assistance to execute its duties." *See* 28 U.S.C.S. § 556(c) (2017).

The Complaint identifies the following Northern Utah Community Correctional Center employee (NUCCC) as a defendant: **MR. NEIBURH**.

Service of process on current government employees may be effected via authorized agent. If the defendant is no longer employed by the NUCCC or NUCCC is not authorized to accept service for this individual, more information must be obtained from NUCCC to complete service.

Accordingly, **IT IS HEREBY ORDERED** that: If NUCCC is unable to accept service of process for the defendant identified above, NUCCC shall disclose to the United States Marshals Service any information in its records that may help in identifying, locating and completing service of process upon the named defendant. Such information shall include, but is not limited to, the defendant's full names and any known aliases, dates of birth, Social Security numbers, driver's license numbers, all previous addresses, and last known addresses on file. The

U.S. Marshal shall take all necessary measures to safeguard any personal information provided by NUCCC to ensure that it is not disclosed to anyone other than the U.S. Marshals Service or Court officers.

**IT IS SO ORDERED**.

DATED this 25th day of October, 2017.

BY THE COURT:

_____
CHIEF JUDGE DAVID NUFFER
United States District Court